THE PEOPLE ex rel. THE AMERICAN SURETY COMPANY, Appellant, *v.* EDWARD WEMPLE, Comptroller, etc., Respondent.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 2, 1890, which affirmed the action of the comptroller of the state of New York, after a hearing upon return to a writ of certiorari brought to review an adjustment and assessment made by defendant, the comptroller of the state of New York, under the Corporation Tax Act (§ 5, chap. 361, Laws of 1881).

*John J. Crawford* for appellant.

*Charles F. Tabor, Attorney-General,* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. GEORGE W. VAN HISE, Respondent, *v.* THE BOARD OF POLICE COMMISSIONERS OF THE VILLAGE OF GREENBUSH, etc., Appellant.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made November 25, 1890, which reversed on certiorari the proceedings of the board of police commissioners of the village of Greenbush in removing relator from the position of superintendent of the police department and dismissing him from the police force.

*James H. Ryan* for appellant.

*Eugene Burlingame* for respondent.

Agree to affirm on opinion below and also on opinion in *People ex rel. Campbell* v. *Hannan* (56 Hun, 469), adopted by this court upon the affirmance of the judgment in that case.
All concur.
Order affirmed.